**\*AMENDED HLD-012**                                              NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 25-1980
_____

IN RE: ERIK KHAN,
                                                                          Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 3:24-cv-08976)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 29, 2025

Before: CHAGARES, <u>Chief Judge</u>, HARDIMAN, and PORTER, <u>Circuit Judges</u>

(Opinion filed: October 10, 2025)
_____

OPINION[*]
_____

PER CURIAM

    In May 2025, Erik Khan filed a pro se petition for a writ of mandamus requesting

that this Court compel the District Court to rule on his motion to proceed in forma

("IFP") pauperis and screen his complaint.  On June 12, 2025, the District Court granted

Khan's motion to proceed IFP and screened his complaint.  <u>See</u> D.Ct. ECF No. 6.

Khan's case is proceeding below.  In light of the District Court's action, we will dismiss

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

the petition as moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996) ("If developments occur during the course of adjudication that … prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").[1]

---

[1] In light of our disposition, Khan's motion to voluntarily dismiss his mandamus petition is denied as unnecessary.